# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR214 |
| vs. | ) | |
| BENJAMIN CHASE LOVEJOY | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the government's Unopposed Motion to Continue [23]. Counsel for the government will be in another trial before Judge Smith Camp the weeks of December 2 and 9, 2019. The defendant, through counsel, does not object to a continuance. For good cause shown,

**IT IS ORDERED** that the government's Unopposed Motion to Continue [23] is granted in part, as follows:

1. The jury trial, now set for December 3, 2019, is continued to **December 17, 2019.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 6, 2019**. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: December 3, 2019.**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge