IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BENJAMIN CHASE LOVEJOY,<br><br>Defendant. | 8:19CR214<br><br>ORDER |

This matter is before the Court on the Defendant's Motion to Suppress and/or in Limine, ECF No. 46, Motion in Limine, ECF No. 48, Motion for Additional Voir Dire Time and Final Argument, ECF No. 50, and Amended Motion in Limine and Brief, ECF No. 53.

IT IS ORDERED:

1. The Defendant's Motion to Suppress and/or in Limine, ECF No. 46, is granted in part, as follows:

    The government will excise the hearsay statements made by Agent Jeff Howard beginning at 4:35, 5:25, and 6:20 of the interview with the Defendant conducted on April 18, 2019, as well as the Defendant's inquiry about whether he needed to obtain counsel, beginning at 4:09 of the interview;

    and the Motion is otherwise denied;

2. The Defendant's Motion for Additional Voir Dire Time and Final Argument is granted in part, as follows:

    The Defendant's counsel will be allocated 30 minutes for closing argument;

and the Motion is otherwise denied, without prejudice to reconsideration in the course of trial;

3. The Defendant's Motion in Limine, ECF No. 48, is denied as moot; and

4. The Defendant's Amended Motion in Limine and Brief, ECF No. 53, is granted in part as follows:

> The government will be precluded from referring to the Defendant's criminal history except as permitted by Federal Rule of Evidence 609, and will be precluded from referring to the Defendant's prior sexual conduct except as permitted by Federal Rule of Evidence 413;

and is otherwise denied.

Dated this 2nd day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge